1050

No. 766. LEA ET AL., TRADING AS HARRY R. LEA & Co. *v.* CONSOLIDATED SUN RAY, INC., ET AL. C. A. 3d Cir. Certiorari denied. *Arthur R. Littleton* for petitioners. *Robert H. Malis* for respondents. 

No. 767. DELTA THEATRES, INC. *v.* PARAMOUNT PICTURES, INC., ET AL. C. A. 5th Cir. Certiorari denied. *C. Ellis Henican* for petitioner. *Harry McCall, Jr.,* and *Ashton Phelps* for respondents. 

No. 768. CROLL-REYNOLDS Co., INC., ET AL. *v.* PERINI-LEAVELL-JONES-VINELL ET AL. C. A. 5th Cir. Certiorari denied. *Jennings Bailey, Jr.,* and *Nelson Littell, Jr.,* for petitioners. *William A. Denny* for respondents. 

No. 771. ORSINI *v.* REINCKE, WARDEN. C. A. 2d Cir. Certiorari denied. *Igor I. Sikorsky, Jr.,* for petitioner. 

No. 774. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD Co. ET AL. C. A. 6th Cir. Certiorari denied. *Alex Elson, Willard J. Lassers, Aaron S. Wolff, Herbert L. Segal, Harold C. Heiss, Russell Day,* and *Robert E. Hogan* for petitioners. *John P. Sandidge, Joseph L. Lenihan, Marvin D. Jones,* and *David M. Yearwood* for Louisville & Nashville Railroad Co., and *Harold A. Ross* and *Charles I. Dawson* for Brotherhood of Locomotive Engineers, respondents. 

No. 762. KIMBRELL *v.* LAWRENCE COUNTY BAR ASSN. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.